Before MICHEL, Chief Judge, GAJARSA, and DYK, Circuit Judges.

PER CURIAM.

Petitioner Orlis J. Bush seeks reversal of a final decision by the Merit Systems Protection Board (Board) that granted his request to withdraw his appeal. On November 17, 2005, Mr. Bush asked the Board to withdraw his appeal. The Board obliged and dismissed the appeal with prejudice on December 14, 2005. Mr. Bush has appealed the Board's action to this court. The Board did not abuse its discretion by granting this voluntary request. Moreover, Mr. Bush has since settled his dispute with the Office of Personnel Management and is receiving the benefits he initially sought. We therefore *affirm* the decision of the Board in dismissing his appeal.

No costs.

**Denise BRENT, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 06–3153.**

United States Court of Appeals, Federal Circuit.

Jan. 16, 2007.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

**Judgment**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36